WILLIAM TOZER, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued January 24, 1884 ; decided February 5, 1884.)

*George C. Greene* for appellant.

*Myron H. Peck, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CULLEN P. GRADIN, Respondent, *v.* YSIDORA HERNANDEZ MORIJON, Impleaded, etc., Appellant.

(Argued January 24, 1884 ; decided February 5, 1884.)

*George H. Forster* for appellant.

*John L. Logan* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.